No. 01–7428. PINA *v.* CAMBRA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–7430. BROWN *v.* LINDSEY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–7448. EWART *v.* LUND, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 01–7454. ROGERS *v.* KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 01–7455. BROYLES *v.* ILLINOIS; and
No. 01–7457. BIBBS *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–7456. HOANG VIET HUU NGUYEN *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–7458. TIGNER *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–7460. TARIN *v.* LEMASTER, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 01–7461. WILLIAMS *v.* FULTON COUNTY DEPARTMENT OF FAMILY AND CHILDREN SERVICES. Ct. App. Ga. Certiorari denied.

No. 01–7462. VIDAL *v.* SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 01–7463. BEN-YISRAYL, FKA DAVIS *v.* INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 01–7474. SCHELL *v.* RICHARDS ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–7479. TILLIS *v.* OKLAHOMA ET AL. Ct. Crim. App. Okla. Certiorari denied.

No. 01–7483. LAFONT *v.* CALIFORNIA. App. Div., Super. Ct. Cal., Yolo County. Certiorari denied.